IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARLON MALLORY,** **PLAINTIFF**
**ADC #142660**

V.  CASE NO. 4:20-CV-105-JM-BD

**ESTELLA BLAND,** *et al***.** **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. Mr. Mallory has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Mallory's claims brought under the Americans with Disabilities Act are DISMISSED, without prejudice.

IT IS SO ORDERED, this 19th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE