# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARLON MALLORY,**                                                                                      **PLAINTIFF**
**ADC #142660**

**V.**                       **CASE NO. 4:20-CV-105-JM-BD**

**ESTELLA BLAND,** *et al*.                                                          **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Mr. Mallory's claims brought under the Americans with Disabilities Act are DISMISSED, without prejudice.

IT IS SO ORDERED, this 15th day of June, 2020.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE