# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARLON MALLORY,**                                                                 **PLAINTIFF**
**ADC #142660**

**V.**                  **CASE NO. 4:20-CV-105-JM-BD**

**ESTELLA BLAND,** *et al*.                                               **DEFENDANTS**

## ORDER

The Court has received a Recommendation filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Mallory's motion to amend his complaint (Doc. No. 33) is DENIED.

IT IS SO ORDERED, this 17th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE