# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARLON MALLORY,** **PLAINTIFF**
**ADC #142660**

V.  CASE NO. 4:20-CV-105-JM-BD

**ESTELLA BLAND,** *et al*.  **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal of some of Mr. Mallory's claims. The parties have not filed objections. After careful review of the file, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

The Defendants' motion for partial summary judgment (Doc. No. 34) is GRANTED. Mr. Mallory's claims regarding his medical care provided by the Defendants between January 27, 2018 and July 4, 2019 are DISMISSED, without prejudice, based on a failure to exhaust administrative remedies. In addition, claims regarding Defendant Bland's failure to refer Mr. Mallory to an outside provider at his July 5, 2019 encounter with her and his claim that the Defendants failed to renew his ibuprofen prescription are DISMISSED, without prejudice, based on a failure to exhaust his administrative remedies.

IT IS SO ORDERED, this 8th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE