IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARLON MALLORY**     **PLAINTIFF**
**ADC #142660**

V.     NO. 4:20-cv-00105-JM-ERE

**ESTELLA BLAND,** *et al.*     **DEFENDANTS**

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

Defendants' Motion for Summary Judgment (Doc. 67) is GRANTED, and Mr. Mallory's deliberate-indifference claims against them are DISMISSED, WITH PREJUDICE. His state-law claims are DISMISSED, WITHOUT PREJUDICE.

Dated this 29th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE