IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARLON MALLORY**                                                                        **PLAINTIFF**
**ADC #142660**

**V.**                               **NO. 4:20-cv-00105-JM-ERE**

**ESTELLA BLAND,** *et al.*                                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed. All relief sought is denied, and the case is closed.

Dated this 29th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE